GIUSEPPE QUARATIELLI et al., Appellants, *v.* ANTHONY SILEO, Respondent.

*Real property — title — ejectment — adverse possession — action to recover possession of strip of land — title by adverse possession.*

*Quaratielli* v. *Sileo*, 188 App. Div. 998, affirmed.

(Submitted October 21, 1921; decided November 22, 1921.)

APPEAL from a judgment, entered July 11, 1919, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, reversing a judgment

in favor of plaintiffs, entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was in ejectment to recover possession of a strip of land from three and one-quarter to eleven inches wide and alleged to be a portion of premises conveyed to plaintiffs. The Appellate Division held that title to the disputed land passed to the defendant's predecessors by a continuous, open, adverse possession for upwards of twenty years.

*George H. Frost* for appellants.

*Joseph J. Lunghino* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.